IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIM. CASE NO. 3:21-cr-47-ECM |
| | ) | |
| MATURIUS MAURICE DANIEL | ) | |

**O R D E R**

Pursuant to the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), on March 19, 2021, the Defendant's change of plea hearing was taken by Video Teleconference. At that time, the Magistrate Judge orally found that for the specific reasons stated on the record and without objection from the parties, that the change of plea hearing in this case could not be further delayed without serious harm to the interests of justice. No objections to the Report and Recommendation have been filed. Accordingly, it is

ORDERED that the Report and Recommendation that the change of plea hearing, conducted by video teleconference could not be further delayed without serious harm to the interests of justice, is ADOPTED.

Done this 1st day of July, 2021.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE